UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEULAH MANUNGO,<br><br>       Plaintiff,<br><br>  v.<br><br>CENTERS HEALTH CARE IPA LLC, et al.,<br><br>       Defendants. | 24 Civ.1938 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On April 24, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for May 2, 2024, at **12:30 p.m. EST**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order and mediation referral will issue separately.

SO ORDERED.

Dated: April 25, 2024
   New York, New York

                             DALE E. HO
                         United States District Judge