

**NISAR LAW GROUP, P.C.**
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY 10165

*Casey J. Wolnowski, Senior Managing Counsel*
Email: cwolnowski@nisarlaw.com
Phone: (646) 889-1007
Fax: (516) 604-0157

March 26, 2025

<u>*Via ECF*</u>
Hon. Dale E. Ho, U.S.D.J.
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    ***Manungo v. Centers Health Care IPA, LLC et al***
              **Case Number: 1:24-cv-01938-DEH**

<u>*Letter In Response to March 26, 2025 Court Order*</u>

Your Honor:

    This firm represents the plaintiff Beaulah Manungo ("Plaintiff") in the above-referenced matter and is being filed in light of the Court's order entered March 26, 2025 (at Dkt. No. 53). Plaintiff does not object to the Court unsealing the document filed under seal by Defendants on March 21, 2025.

                                    Respectfully submitted,

                                    Casey Wolnowski, Esq.
                                    *Attorney for Plaintiff*

cc:    Defendants' counsel of record (*via ECF*)

---

The Court is in receipt of ECF Nos. 50 and 54.  Given neither party objects, Exhibit K shall be unsealed.  The Clerk of Court is respectfully directed to unseal ECF No. 51, and to terminate ECF No. 50.  SO ORDERED.

Dale E. Ho
United States District Judge
Dated: March 28, 2025
New York, New York