**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BEAULAH MANUNGO,

                Plaintiff,

    -against-                         24 **CIVIL** 1938 (DEH)

                                  **JUDGMENT**

CENTERS HEAL TH CARE IPA, LLC, and
OTSEGO SNF OPERATIONS ASSOC. LLC d/b/a
COOPERSTOWN CENTER FOR
REHABILITATION & NURSING,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the

reasons stated in the Court's Memorandum Opinion & Order dated February 17, 2026,

Defendants' Motion for Summary Judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      February 19, 2026

                                      **TAMMI M. HELLWIG**
                                      _____
                                        Clerk of Court

                      BY: _____
                                      Deputy Clerk